**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| MICHAEL EDWARD COLLIER, EDWARD E. GRAHAM, BISHOP KENNETH R. MURRAY, BRANDON J. DAVID, CHRISTOPHER M. HARTE, HARRY STEPHEN BARTLETT, LINDA CURTIS, B. GLEN WHITLEY, GLENN MOSS ROGERS, CHRISTOPHER C. ASHBY, SCOTT RICHARD MILDER, KELTON GREY SELIGER, CHARLES FOSTER JOHNSON, ALAN STEELMAN AND SARAH STOGNER,      PLAINTIFFS,  v.  JANE NELSON, IN HER OFFICIAL CAPACITY AS THE SECRETARY OF STATE OF TEXAS, AND DAVE NELSON, IN HIS OFFICIAL CAPACITY AS THE DEPUTY SECRETARY OF STATE OF TEXAS,      DEFENDANTS. | CIVIL CASE NO. 1:26-CV-1574 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Jane Nelson, Secretary of State of Texas, and Dave Nelson, Deputy Secretary of State of Texas (together, "Defendants"), by and through their counsel, file this Unopposed Motion for Extension of Time and show as follows;

1. Plaintiffs filed their Complaint for Declaratory and Permanent Injunctive Relief on June 10, 2025, and their Opposed Motion for a Preliminary Injunction is due on June 25, 2026.

2. Pursuant to Local Rule CV-7, Defendants' response to Plaintiffs' Motion for Preliminary Injunction was due on or before July 9, 2026.

3. Defendants have conferred with the Plaintiffs regarding the schedule for briefing on Plaintiffs' Motion for Preliminary Injunction. Plaintiffs are unopposed to Defendants'

request for a seven-day extension of briefing deadlines. Defendants' response will be due on or before July 16, 2026, and any reply in support of the motion will be due on or before July 23, 2026.

Date: July 10, 2026

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

Respectfully submitted,

*/s/ Zachary W. Berg*
ZACHARY W. BERG
Special Counsel
Texas Bar No. 24107706

STEVEN LOOMIS
Special Counsel
Texas Bar No. 00793177

JACOB P. DUSTIN
Assistant Attorney General
Texas Bar No. 24149843

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
SPECIAL LITIGATION DIVISION
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100

COUNSEL FOR DEFENDANTS

### CERTIFICATE OF CONFERENCE

I hereby certify that on July 10, 2026, I conferred with Oliver Hall, counsel for Plaintiffs, via email and telephone regarding this Motion. Plaintiffs do not oppose the requested Briefing Schedule.

/s/ *Zachary W. Berg*
ZACHARY W. BERG

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 10, 2026 and that all counsel of record were served by CM/ECF.

/s/ *Zachary W. Berg*
**ZACHARY W. BERG**