# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

Michael Edward Collier, Edward E. Graham, §
Kenneth R. Murray, Brandon J. David, §
Christopher M. Harte, Harry Stephen Bartlett, §
Linda Curtis, B. Glen Whitley, Glenn Moss §
Rogers, Christopher C. Ashby, Scott Richard §
Milder, Kelton Gray Seliger, Charles Foster §    CIVIL NO:
Johnson, Alan Steelman, Sarah Stogner §          AU:26-CV-01574-RP
§
vs. §
§
Jane Nelson, Dave Nelson §

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, July 28, 2026 at 03:00 PM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 14th day of July, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE