IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Edward Collier, et al., | § | |
| Plaintiffs, | § | |
| v. | § | 1:26-CV-01574-RP |
| Robert S. Howden, in his official capacity as Secretary of State of the State of Texas, et al., | § | |
| Defendants. | § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following parties: Michael Edward Collier, Edward E. Graham, Bishop Kenneth R. Murray, Brandon J. David, Christopher M. Harte, Harry Stephen Bartlett, Linda Curtis, B. Glen Whitley, Glenn Moss Rogers, Christopher C. Ashby, Scott Richard Milder, Kelton Gray Seliger, Charles Foster Johnson, Alan Steelman and Sarah Stogner,

through counsel, Oliver B. Hall,

___ consents to having a United States Magistrate Judge preside over the trial in this case.

_X_ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

/s/ Oliver B. Hall

Attorney for:

All Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby swear that on October 30, 2026, the foregoing document was filed using the Court's CM/ECF system, which will cause service to be effected upon all counsel of record.

/s/ Oliver B. Hall
Oliver B. Hall